Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
12/27/2023
CT Log Number 545429281

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in New York**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: HOLDMAN SHANEKA // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certification, Cover Page, Notice |
| **COURT/AGENCY:** | Queens County Supreme Court, NY<br>Case # 7271082023 |
| **NATURE OF ACTION:** | Personal Injury - 12/17/2022, at 77 Green Acres Road South, County of Nassau, New York |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/27/2023 at 09:23 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Michael L. Salomon<br>Law Offices of Zemsky & Salomon, P.C.<br>33 Front Street, Suite 207<br>Hempstead, NY 11550<br>516-485-3800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/27/2023, Expected Purge Date: 01/06/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Dec 27, 2023
**Server Name:** NY-NYC DROPOFFPROCESSSERVER

| | |
|---|---|
| Entity Served | WAL-MART STORES EAST, LP |
| Case Number | 7271082023 |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |

Supreme Court of the State of New York
County of Queens

------------------------------------------------------------------X

SHANEKA HOLDMAN,

Plaintiff,

-against-

WAL-MART STORES EAST, LP,

Defendant.

------------------------------------------------------------------X

Date of Filing: 12/22/23
INDEX NO.: 727108/2023

The Plaintiff designates Queens County as the place of trial. The basis of venue is the plaintiff's residence: 145-44 243rd Street, Queens, NY 11422.

## Summons

*To the above-named Defendant(s):*

**You are hereby summoned** *to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a Notice of Appearance on the Plaintiff's Attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.*

Dated: Hempstead, New York
December 6, 2023

D/A: 12/17/2022

*Yours, etc.,*
By:____________________
MICHAEL L. SALOMON, ESQ.
**LAW OFFICES OF**
**ZEMSKY & SALOMON, P.C.**
*Attorneys for Plaintiff(s)*
*Office & P.O. Address*
33 Front Street, Suite 207
Hempstead, New York 11550
(516) 485-3800

***DEFENDANT'S ADDRESS:***
WAL-MART STORES EAST, LP, C/O C T Corporation System, 28 Liberty Street, New York, NY 10005 and S.O.S pursuant to BCL.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

FS 12/22/23

Index #: 727108/2023

--------------------------------------------------------------X

SHANEKA HOLDMAN,

Plaintiff,

-against-

**COMPLAINT**

WAL-MART STORES EAST, LP,

Defendant.

--------------------------------------------------------------X

Plaintiff, by her attorneys, LAW OFFICES OF ZEMSKY & SALOMON, P.C., complaining of the defendant, respectfully alleges as follows:

**AS AND FOR A FIRST CAUSE**
**OF ACTION ON BEHALF OF PLAINTIFF, SHANEKA HOLDMAN**

**FIRST:** That, at all times hereinafter mentioned, plaintiff was and still is a resident of the County of Queens, State of New York.

**SECOND:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, principal place of business is the State of New York.

**THIRD:** That, upon information and belief and at all times hereinafter ~~mentioned, defendant, WAL-MART STORES EAST, LP, was and still is a domestic~~ corporation authorized to transact business in the State of New York.

**FOURTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, was and still is a foreign corporation authorized to transact business in the State of New York.

**FIFTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, was a proprietorship maintaining a place for the transaction of business in the State of New York.

**SIXTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, is a company maintaining a place for the transaction of business in the State of New York.

**SEVENTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, is a partnership maintaining a place for the transaction of business in the State of New York.

**EIGHTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, is a business organization transacting business in the State of New York and maintains a place for the transaction of business in the State of New York.

**NINTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, actually transacted business in the State of New York.

**TENTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, was the owner of the premises store located at 77 Green Acres Road South, County of Nassau, State of New York.

**ELEVENTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, its agents, servants and/or employees operated the premises located at 77 Green Acres Road South,

County of Nassau, State of New York.

**TWELFTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, was a lessee of the aforesaid premises.

**THIRTEENTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, its agents, servants and/or employees, maintained the premises located at 77 Green Acres Road South, County of Nassau, State of New York.

**FOURTEENTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, its agents, servants and/or employees, controlled the premises located at 77 Green Acres Road South, County of Nassau, State of New York.

**FIFTEENTH:** That, upon information and belief and at all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP, its agents, servants and/or employees, managed the premises located at 77 Green Acres Road South, County of Nassau, State of New York.

**SIXTEENTH:** That, it was the duty of the defendant, WAL-MART STORES EAST, LP, its agents, servants and/or employees, to keep and to maintain the aforesaid premises, in a safe and proper condition for persons lawfully on and upon said premises.

**SEVENTEENTH:** That, plaintiff was an invitee upon said defendant's premises.

**EIGHTEENTH:** That, on or about the 17th day of December, 2022, at approximately 1:15 p.m., while this plaintiff was lawfully on and at defendant,

WAL-MART STORES EAST, LP'S premise, and exercising the degree of care for her own safety that a reasonably prudent person would have exercised under the same conditions, plaintiff was caused to be injured when she was struck by a falling sign due to the gross and wanton carelessness, recklessness and negligence of the defendant, and the otherwise dangerous and defective condition of the premises then and there existing.

**NINETEENTH:** That, said defendant had knowledge of the hazardous condition of said premises for same had existed for so long a period of time it could have informed itself of such condition in time to have made the said premise safe before the occurrence of the accident herein alleged.

**TWENTIETH:** That, said defendant had knowledge of the hazardous condition of said premises as defendant actually created such condition through the actions of its agents, servants and/or employees.

**TWENTY-FIRST:** That, disregarding its said duty, the defendant, through its agents, servants, and/or employees, caused, allowed and permitted said premise to be and to remain in a dangerous condition creating a hazardous condition to those lawfully thereat.

**TWENTY-SECOND:** That, on the aforesaid date, at the aforesaid location, this plaintiff was caused to be seriously and severely injured by reason of the aforementioned conditions existing thereat.

**TWENTY-THIRD:** That, the said accident and the injuries sustained by this plaintiff were caused solely by the negligence of the defendant, as hereinbefore alleged, and without any negligence on the part of this plaintiff in any manner

contributing thereto.

**TWENTY-FOURTH:** That, the aforesaid occurrence and injuries sustained therefrom were caused solely and wholly through and by reason of the carelessness, recklessness and negligence of the defendant through their agents, servants and/or employees; in failing and neglecting to maintain the premise in a reasonably safe condition; in that defendant's agents, servants and/or employees failed to remove the aforesaid dangerous condition at the aforesaid premise when the defendant knew or should have known that members of the general public and invitees or others lawfully traversing said premise would be present which was a danger and nuisance to those lawfully and properly on and upon area of said premises; in that they failed to give any notice or warning of the danger to be apprehended; in that they failed to exercise due care and caution under the circumstances and conditions then prevailing; in that the defendant was further careless and negligent in failing to exercise due care and caution to remedy the dangerous condition which had existed for an unreasonable length of time; and the defendant, through their agents, servants and/or employees were otherwise negligent and careless in failing and omitting to take proper and suitable precautions to avoid the said occurrence.

**TWENTY-FIFTH:** By reason of the foregoing plaintiff, SHANEKA HOLDMAN, has been damaged in the sum within the jurisdictional limits of this Court and for an amount in excess of the jurisdictional limits of the lower Courts of the State of New York.

**WHEREFORE,** plaintiff demands judgment against the defendant(s) in the

sum within the jurisdictional limits of this Court and for an amount in excess of the jurisdictional limits of the lower Courts of the State of New York together with the costs and disbursements of this action and for such other and further relief as this Court deems just and proper.

Dated: Hempstead, New York
December 6, 2023

Yours, etc,
LAW OFFICES OF
ZEMSKY & SALOMON, P.C.
By:____________________
Michael L. Salomon, Esq.
Attorneys for Plaintiff
33 Front Street, Suite 207
Hempstead, New York 11550
(516) 485-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------------------------X

Index#:

SHANEKA HOLDMAN,

*Plaintiff(s),*

- *against* -

WAL-MART STORES EAST, LP,

*Defendant(s),*

---------------------------------------------------------------X

CERTIFICATION PURSUANT TO SECTION 130-1.1-A

SIRS:

PLEASE TAKE NOTICE, that the accompanying papers are being served pursuant to section 130-1.1-a of the Rules of the Chief Administrator (22 NYCRR):

SUMMONS AND COMPLAINT

Dated: Hempstead, New York
December 6, 2023

Yours, etc.,

LAW OFFICES OF
ZEMSKY AND SALOMON, P.C.

BY: ______________________

MICHAEL L. SALOMON, ESQ.
Attorney(s) for Plaintiff(s)
Office & P.O. Address
33 Front Street Suite 207
Hempstead, New York 11550
(516) 485-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

SHANEKA HOLDMAN,

Plaintiffs,

Index No.

(__________, J.)

- against -

WAL-MART STORES EAST, LP,

Defendants.

## REDACTION COVER PAGE

CHECK ALL THAT APPLY:

☒ The document filed contains no confidential personal information, as defined in 22 NYCRR 202.5(e).

☐ The document filed is REDACTED in accordance with 22 NYCRR 202.5(e).

☐ The document filed is UN-REDACTED in accordance with 22 NYCRR 202.5(e).

☐ (a) The document filed contains SSN (as authorized by the order specified below).

☐ (b) The document filed contains confidential personal information as defined under 22 NYCRR 202.5(e) (as authorized by the order specified below).

☐ This document was previously filed REDACTED.
Date:

☐ This document was previously filed UN-REDACTED.
Date:

☐ The document filed seeks a remedy under 22 NYCRR 202.5(e)(2).

☐ The document filed seeks a remedy under 22 NYCRR 202.5(e)(3).

☐ Additional information:

**There is a previously filed order of the Court regarding this document:**
○ yes / ◉ no

☐ Date of order:

☐ Date order filed:

☐ Other identifying information for such order:

**The order of the Court is being filed with the redacted / un-redacted document:** ○ yes / ○ no

☐ Date of order:

☐ Other identifying information for such order:

**Signature of filer:** [signature]
**Print Name:** MICHAEL L. SALOMON
**Counsel appearing for:** SHANEKA HOLDMAN, **(name of party)**

**Filer is Unrepresented / Pro se:** ○ yes / ◉ no

**Date:** 11/06/2023

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** SUFFOLK

---------------------------------------------------------------x
SHANEKA HOLDMAN

Plaintiff/Petitioner,

- against -

WAL-MART STORES EAST, LP

Index No. 727108/2023
FD 12/22/23

Defendant/Respondent.
---------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 12/22/2023

Name
ZEMSKY & SALOMON, P.C.
Firm Name

33 FRONT STREET - STE 207
Address

HENPSTEAD, NY 11550

516-485-3800
Phone

E-Mail

To: ______________________